# United States District Court
## Violation Notice (Rev. 1/2019)

NP25073314

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M14 | 9509715 | Kepler | 1135 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 03/26/2025 0803
Offense Charged: ☒ CFR  ☐ USC  36 CFR 2.3(a)
State Code: MCA 87-6-30(3)
Place of Offense: Bighorn Canyon NRA, Bighorn River at Afterbay Dam
Offense Description: Factual Basis for Charge: Fishing without Fishing license in possession

### DEFENDANT INFORMATION

Last Name: Turek
First Name: Elizabeth A

### APPEARANCE IS OPTIONAL

☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$135 Forfeiture Amount
+ $30 Processing Fee
$165 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: James Battin Federal Court, 2601 2ND Street Ave, Billings, MT 59101
Date: 7/15/25
Time: 0900

X Defendant Signature: [signature]

Original - CVB Copy

*9509715*

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 26, 20 25 while exercising my duties as a law enforcement officer in the M14 District of Montana

(See Attached Document)

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/26/2025  [signature] Kepler
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/21/2025 14:33